UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PRESTON FRANKIETH ALLEN                    CIVIL ACTION

VERSUS                                     NO.  10-3647

JASON LYONS, ET AL.                        SECTION  "N"  (5)

## ORDER AND REASONS

Before the Court is the Petition for Habeas Corpus, brought pursuant to 28 U.S.C. §2241, filed by Petitioner Preston Frankieth Allen ("Allen").  The State has opposed this Petition. (See Rec. Doc. 9). After considering the memoranda filed by the parties and the applicable law,

**IT IS ORDERED** that Allen's **Section 2241 Petition for Habeas Corpus (Rec. Doc. 1)** should be and is **DENIED** and hereby **DISMISSED**, for substantially the same reasons as stated by the State in its Response (Rec. Doc. 9).

New Orleans, Louisiana, this 28th day of March, 2011.

KURT D. ENGELHARDT
United States District Judge